UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Wells Fargo Bank, N.A., successor by merger to
Wachovia Mortgage Corporation,

      Plaintiff,

v.

United States of America; State of Minnesota;
Judith M. Funk f/k/a Judith M. Ford; also all
heirs and devisees of any of the above-named
persons who are deceased; and all other persons
who are deceased; and all other persons or
entities claiming any right, title, estate, lien or
interest in the real estate described in the
Summons and Complaint herein,

      Defendants.

Civil No. 13-2288 (JNE/TNL)
ORDER

    Seeking reformation of a mortgage and a declaration that the lien of its mortgage is prior and superior to all who claim an interest in certain real property located in Maple Grove, Minnesota, Wells Fargo Bank, N.A., brought this action against the United States of America, the State of Minnesota, and Judith Funk.  Neither Minnesota nor Funk responded to the Complaint.  The United States did.  After the Clerk of Court had entered their defaults, *see* Fed. R. Civ. P. 55(a), Wells Fargo Bank moved for default judgment against Minnesota and Funk, *see* Fed. R. Civ. P. 55(b)(2).  The Court denies Wells Fargo Bank's motion without prejudice to its renewal at an appropriate time.  *See* Fed. R. Civ. P. 54(b) ("When an action presents more than one claim for relief . . . or when multiple parties are involved, the court may direct entry of a final judgment as to one or more, but fewer than all, claims or parties only if the court expressly determines that there is no just reason for delay.").

2

Based on the files, records, and proceedings herein, and for the reasons stated above, IT IS ORDERED THAT:

1. Wells Fargo Bank's motion for default judgment [Docket No. 15] is DENIED.

Dated: December 10, 2013

s/Joan N. Ericksen<br>
JOAN N. ERICKSEN<br>
United States District Judge